UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00157-ECR-GWF |
| Plaintiff, ) | |
| vs. ) | MINUTES OF THE COURT |
| ) | DATE: October 15, 2008 |
| JORGE ALBERTO SOTO-CASTELO, ) | |
| Defendant. ) | |

PRESENT: _____ EDWARD C. REED, JR. _____ U.S. District Judge

Deputy Clerk: __ COLLEEN LARSEN __   Reporter: ____ NONE APPEARING ____

U.S. Attorney by: _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

<u>MINUTE ORDER IN CHAMBERS</u>

On September 23, 2008, the Magistrate Judge filed a Report and Recommendation (#30) recommending that Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#17) be denied. No objections were timely filed to the Report and Recommendation (#30).

The Report and Recommendation (#30) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#30) is **APPROVED** and **ADOPTED**.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#17) is **DENIED**.

LANCE S. WILSON, CLERK

By _____/s/_____
     Deputy Clerk

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 15 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY